ROSE REEMER, Appellant, v. THE HILLIARD HOTEL COMPANY, Doing

Business under the Name and Style of VANDERBILT HOTEL, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.